IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS,       ) | |
|       ) | |
|   Petitioner,       ) | |
|       ) | |
| vs.       ) | CIVIL ACTION NO. 15-0048-CG-M |
|       ) | |
| KENNETH JONES,       ) | |
|       ) | |
|   Respondent.       ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, Kenneth Jones, and against Petitioner, Willie Kevin Williams.

**DONE and ORDERED** this 27th day of July, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE